■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNEST JACKSON, Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Winick, J.), rendered February 6, 1987, convicting him of criminal injection of a narcotic drug, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence *(see,* CPL 470.15 [5]). Thompson, J. P., Harwood, Balletta and Copertino, JJ., concur.